JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-00475-CJC-ADS                         Date  4/27/2021
Title     JAMES RUTHERFORD V. MARI-ANN LEWIS ET AL

---

Present :  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [23], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                                          _  :  _
                                              Initials of Deputy Clerk:  cw